# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
### United States District Court
### Southern District of New York

Mag. Dkt. No. **24MAG2077**             Date **06/17/2024**

USAO No. **2024R00502**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint         ☐ Removal Proceedings in

*United States v.* **Almonte-Palmers**

The Complaint/Rule 40 Affidavit was filed on **May 30, 2024**

✓ *U.S. Marshals please withdraw warrant*

**DANA MCCANN**
Digitally signed by DANA MCCANN
Date: 2024.06.16 19:43:07 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

**SO ORDERED:**

DATE: June 17, 2024

_____
JAMES L. COTT
United States Magistrate Judge